IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civ. No. 5:07-CV-00006-H

REBECCA SMITH,

Plaintiff,

vs.

NATIONAL ENTERPRISE SYSTEM et al.,

Defendants.

## ORDER ALLOWING SUBSTITUTION OF MEDIATOR

This matter coming before the Court on the Joint Motion Allowing Substitution of Mediator, and the Court finding that good cause has been shown; it is therefore ordered that said Motion be granted and Wayne Huckel is designated as the mediator.

The Clerk of Court is directed to send copies of this Order to counsel for the parties and to Mr. Huckel.

**SO ORDERED**.

Signed: October 26, 2007

Carl Horn, III
United States Magistrate Judge