IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:07 CV 00006

REBECCA SMITH,

Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS,
INC., et al.,

        Defendants.

**MOTION FOR ADMISSION TO PRACTICE**
*PRO HAC VICE*

### ORDER FOR *PRO HAC VICE* ADMISSION OF BOYD W. GENTY

THIS CAUSE coming on to be heard before the undersigned United States Magistrate Judge for the Western District of North Carolina to admit Boyd W. Gentry *pro hac vice,* and upon reviewing all matters of record, the Court finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED that Boyd W. Gentry is hereby admitted *pro hac vice* for purposes of representing Defendant National Enterprise Systems, Inc., in connection with the above-captioned case.

**SO ORDERED**.

Signed: December 20, 2007

_____
Carl Horn, III
United States Magistrate Judge



431214
25640.9001