# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:07 CV 00006-H

**REBECCA SMITH,**

**Plaintiff,**             **ORDER**

v.

**NATIONAL ENTERPRISE SYSTEMS, INC., et al.,**

**Defendants**.

      **THIS MATTER** coming before the Court on the "Joint Motion ... Allowing Substitution of Mediator" (document #20), filed December 19, 2007, and the Court finding that good cause has been shown to substitute mediators in this matter;

      It is therefore **ORDERED** that said Motion is **GRANTED**, and Mr. Gary S. Hemric, James, McElroy & Diehl, 600 South College Street, Suite 3000, Charlotte, NC 28202, telephone number (704)372-9870, is appointed mediator to conduct a mediated settlement conference in the above matter.

      The Clerk of Court is directed to send copies of this order to counsel for the parties and to Mr. Hemric.

431214
25640.9001

**SO ORDERED**.

Signed: December 20, 2007

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge

431214
25640.9001